**Benjamin GINSBERG, Plaintiff and Appellant,**

v.

**UNITED STATES of America, Appellee.**

**No. 25106.**

United States Court of Appeals, Ninth Circuit.

July 20, 1971.

Benjamin Ginsberg (argued), in pro. per.

George T. Altman, Beverly Hills, Cal., for appellant.

Carleton Powell (argued), Atty. for Dept. of Justice, Johnnie M. Walters, Asst. Atty. Gen., Washington, D. C., Robert L. Meyer, U. S. Atty., Lawrence V. Brookes, Asst. U. S. Atty., Los Angeles, Cal., for appellee.

Before CHAMBERS and HUFSTEDLER, Circuit Judges, and SCHWARTZ, District Judge.

PER CURIAM:

The order denying relief under Rule 60(b), F.R.Civ.P., from a judgment en-

---

* Honorable William M. Byrne, United States District Judge, Central District of California, sitting by designation.

tered for a tax liability of Ginsberg is affirmed.

The issue has been here before. Ginsberg v. United States (9th Cir., 1969), 408 F.2d 1016, and taxpayer lost. Our prior decision concludes Ginsberg now.